## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdullahi Ali Hussein and Hyatt Daycare & Learning Center, Inc., | Civil No. 21-592 (DWF/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Minnesota Department of Human Services, Rice County, City of Faribault, Le Sueur County, Ramsey County, Minnesota Prairie County Alliance, | |
| Defendants. | |

This matter is before the Court on Defendant Minnesota Department of Human Services' ("DHS") motion to dismiss without prejudice Counts I-II and IV-VII of Plaintiffs' Complaint (Doc. No. 1) against Defendant DHS. (Doc. No. 19 ("Motion").) Plaintiffs do not oppose the Motion. (Doc. No. 27.) Based on all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Minnesota Department of Human Services' Motion to Dismiss Counts I-II and IV-VII (Doc. No. [19]) of Plaintiffs' Complaint (Doc. No. [1]) is **GRANTED**;

2. Counts I-II and IV-VII of Plaintiffs' Complaint (Doc. No. [1]) against Defendant Department of Human Services are **DISMISSED WITHOUT PREJUDICE**.

Dated: May 13, 2021            s/Donovan W. Frank
                                       DONOVAN W. FRANK
:                                   United States District Judge